IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ESHLEMAN<br><br>Plaintiff,<br><br>v.<br><br>PATRICK INDUSTRIES, INC.<br><br>Defendant. | CIVIL ACTION<br>NO. 17-4427 |

## ORDER

**AND NOW**, this 29th day of June, 2018, upon reviewing Defendant Patrick Industries, Inc.'s Motion to Dismiss (Docket No. 3), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Patrick Industries' motion is **GRANTED**. Plaintiff William Eshleman will be given twenty-one (21) days to amend the Complaint for the purpose of setting forth additional facts, if available, to substantiate the perceived non-transitory nature of his impairment.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.