IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM ESHLEMAN

Plaintiff,

v.

PATRICK INDUSTRIES, INC.

Defendant.

CIVIL ACTION
NO. 17-4427

## **ORDER**

**AND NOW**, this 14th day of February, 2019, upon reviewing Defendant Patrick Industries, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 16), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Patrick Industries' motion is **GRANTED**. The clerk of court is directed to close this case.

**BY THE COURT:**

/**s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.